# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| **CINCINNATI INSURANCE COMPANY** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**MCLEAN COUNTY UNIT DISTRICT #5** )<br>**BOARD OF DIRECTORS, et al.,** )<br>)<br>**Defendants.** ) | Case No. 08-CV-2205 |

## ORDER

A Report and Recommendation (#21) was filed by Magistrate Judge David G. Bernthal on February 25, 2009. On March 11, 2009, Defendants filed their Objection to Magistrate Judge's Report and Recommendation (#22) and Memorandum in Support of Objection (#23). Following this court's careful de novo review of Judge Bernthal's reasoning and Defendants' Objection, this court agrees with and accepts Judge Bernthal's Report and Recommendation (#21). This court concludes that granting Defendants' Motion to Dismiss all claims for declaratory relief concerning Plaintiff's obligation to indemnify or reimburse Defendants would effectively bifurcate this case when only one determination may be needed.

IT IS THEREFORE ORDERED THAT:

(1) Judge Bernthal's Report and Recommendation (#21) is accepted by this court.

(2) Defendants' Motion for Partial Dismissal of Counts I-III of First Amended Complaint for Declaratory Judgment (#15) is DENIED.

(3) This case is referred to Judge Bernthal for further proceedings.

ENTERED this 18th day of March, 2009

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE